AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILKES-BARRE
JUN 19 2018
Per _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18 MJ-56 |
| SHAWN CHRISTY | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 5 and 12, 2018__ in the county of __Schuylkill__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c)<br>18 U.S.C. Section 871 | The defendant knowingly and willfully did transmit in interstate commerce communications, i.e., postings on Facebook, and the communications contained threats to harm, injure, and kill a police chief, other law enforcement officers, a district attorney and President Donald J. Trump. |

This criminal complaint is based on these facts:
See attached affidavit of probable cause

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Alan R. Jones, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 19, 2018

_____
*Judge's signature*

City and state: Wilkes-Barre, PA

Joseph F. Saporito, Jr, U.S. Magistrate Judge
*Printed name and title*