UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

-vs.- : 3:CR-18-223

SHAWN CHRISTY, :
    Defendant

INDICTMENT

FILED
SCRANTON
JUL 10 2018
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

## Count 1

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically, the defendant posted on Facebook that he was going to shoot President Donald J. Trump in the head.

In violation of Title 18, United States Code, Section 871.

THE GRAND JURY FURTHER CHARGES:

## Count 2

On or about June 3, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure any law enforcement officer who enforces a bench warrant against Christy, specifically the defendant threatened to "use lethal force on any law enforcement officer that attempts to detain" him as a result of a bench warrant.

In violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## Count 3

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure another person (J.M.), specifically the defendant promised to put a bullet in the head of J.M.

In violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## Count 4

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure another person (J.M.), specifically the defendant posted, "Your a dead man. . . Lets play."

In violation of Title 18, United States Code, Section 875(c).

DATE: 07/10/2018

DAVID J. FREED
United States Attorney

By

FRANCIS P. SEMPA
Assistant U.S. Attorney