AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:18MJ1207 |
| | ) | |
| SHAWN CHRISTY | ) | Charging District's |
| Defendant | ) | Case No. 3:18CR223 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Middle____ District of __Pennsylvania__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant:  ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ____10/01/2018____                         _____
                                                           *Judge's signature*

                                                 ____KATHLEEN B. BURKE, U.S. Magistrate Judge____
                                                           *Printed name and title*

Termed

# U.S. District Court
# Northern District of Ohio (Akron)
# CRIMINAL DOCKET FOR CASE #: 5:18-mj-01207-KBB All Defendants

Case title: United States of America v. Christy

Date Filed: 09/24/2018
Date Terminated: 10/01/2018

Assigned to: Magistrate Judge Kathleen B. Burke

**Defendant (1)**

| | |
|---|---|
| **Shawn Christy**<br>*TERMINATED: 10/01/2018* | represented by **Lawrence J. Whitney**<br>Burdon & Merlitti<br>Ste. 201<br>137 South Main Street<br>Akron, OH 44308<br>330-253-7171<br>Fax: 330-253-7174<br>Email: burdon-merlitti@neo.rr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 - MDPA (Scranton) Indictment | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Teresa L. Riley** <br> Office of the U.S. Attorney - Akron <br> Northern District of Ohio <br> 208 Federal Bldg. <br> 2 South Main Street <br> Akron, OH 44308 <br> 330-761-0519 <br> Fax: 330-375-5492 <br> Email: teresa.riley@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2018 | | Arrest (Rule 5) of Shawn Christy (1) on 9/21/2018. (D,I) (Entered: 09/24/2018) |
| 09/24/2018 | 1 | Rule 5 Warrant received as to Shawn Christy (1) (Attachments: # 1 WDPA Indictment)(D,I) (Entered: 09/24/2018) |
| 09/24/2018 | | CJA 20 Appointment of Attorney Lawrence J. Whitney for Shawn Christy. Counsel is reminded of their obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Magistrate Judge Kathleen B. Burke on 9/24/2018. (D,I) (Entered: 09/24/2018) |
| 09/24/2018 | | **Minutes of proceedings** [non-document] before Magistrate Judge Kathleen B. Burke. Initial Appearance in Rule 5(c)(3) Proceedings as to Shawn Christy (1) held on 9/24/2018 AUSA Teresa L. Riley present for the government. Attorney Larry Whitney present and appointed to represent defendant. Government moves for detention. Identity/Detention Hearing set for 10/1/2018 at 1:00 PM in Courtroom 400 before Magistrate Judge Kathleen B. Burke. Defendant remanded to the custody of the U.S. Marshal pending detention hearing. (Court Reporter ECRO - I.Davis; Pretrial Officer: Julie Gray) Time: 15 minutes. (D,I) (Entered: 09/24/2018) |
| 09/24/2018 | 2 | CJA 23 Financial Affidavit by Shawn Christy (1). Magistrate Judge Kathleen B. Burke on 9/24/2018. (D,I) (Entered: 09/24/2018) |
| 09/24/2018 | 3 | **Order** of Temporary Detention as to Shawn Christy (1). Detention Hearing set for 10/1/2018 at 1:00 PM before Magistrate Judge Burke. Magistrate Judge Kathleen B. Burke on 9/24/2018. (D,I) (Entered: 09/24/2018) |
| 10/01/2018 | | **Minutes of proceedings** [non-document] before Magistrate Judge Kathleen B. Burke. An Identity/Detention Hearing as to Shawn Christy (1) was scheduled to take place on 10/1/2018. Defendant waived hearings; waivers executed in open court. Defendant remanded to the custody of the U.S. Marshal, to be transferred to the Middle District of Pennsylvania. (Court Reporter: Lori Callahan) Time: 5 minutes. (D,I) (Entered: 10/01/2018) |

| | | |
|---|---|---|
| 10/01/2018 | 4 | Waiver of Rule 5(c)(3) Hearing by Shawn Christy (1) signed on 10/1/2018. (D,I) (Entered: 10/01/2018) |
| 10/01/2018 | 5 | Warrant of Removal to Middle District of Pennsylvania Issued as to Shawn Christy (1) by Magistrate Judge Kathleen B. Burke on 10/1/2018. (D,I) (Entered: 10/01/2018) |
| 10/01/2018 | | Notice to Middle District of Pennsylvania of a Rule 5 Initial Appearance as to Shawn Christy (1). Your case number is: 3:18CR223. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 2 Financial Affidavit - CJA23, 5 Warrant of Removal Issued, 3 Order of Detention, 4 Waiver of Rule 5(c)(3) Hearing. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (D,I) (Entered: 10/01/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/02/2018 10:25:29 | | | |
| PACER Login: | us5329:2654695:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:18-mj-01207-KBB |
| Billable Pages: | 2 | Cost: | 0.20 |

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18MJ1207 |
| | ) | |
| SHAWN CHRISTY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: 2 S. Main Street<br>Akron, OH 44308 | Courtroom No.: 400 |
|---|---|
| | Date and Time: 10/1/18 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/24/2018

*Judge's signature*

KATHLEEN B. BURKE, U.S. Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18MJ1207 |
| | ) | |
| Shawn Christy | ) | Charging District's Case No. 3:18CR223 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   __Middle District of Pennsylvania__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ ~~an identity hearing, production of the warrant~~, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  10-1-18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Larry Whitney
*Printed name of defendant's attorney*