UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

    -vs.-                          : 3:CR-18-0223

SHAWN CHRISTY, :
    Defendant
**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

<u>Count 1</u>
(Threats Against the President of the United States)

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically, the defendant posted on Facebook that he was going to shoot President Donald J. Trump in the head.

In violation of Title 18, United States Code, Section 871.

THE GRAND JURY FURTHER CHARGES:

## Count 2
### (Transmitting Threatening Communications)

On or about June 3, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure any law enforcement officer who enforces a bench warrant against Christy, specifically the defendant threatened to "use lethal force on any law enforcement officer that attempts to detain" him as a result of a bench warrant.

In violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## Count 3
(Transmitting Threatening Communications)

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### SHAWN CHRISTY,

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure another person (J.M.), specifically the defendant promised to put a bullet in the head of J.M.

In violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## Count 4
## (Transmitting Threatening Communications)

On or about June 12, 2018, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### SHAWN CHRISTY,

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure another person (J.M.), specifically the defendant posted, "You're a dead man [J].M. . . . Lets play."

In violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## Count 5
### (Interstate Transportation of a Stolen Vehicle)

On or about and between July 29, 2018, and August 3, 2018, in the Middle District of Pennsylvania and elsewhere, the defendant

### SHAWN CHRISTY,

transported in interstate commerce from Pennsylvania to West Virginia, a motor vehicle, that is, a silver 2008 Dodge Caravan, Pennsylvania license plate SV2179, valued at approximately $ 20,000, knowing that this motor vehicle was stolen.

In violation of Title 18, United States Code, Section 2312.

THE GRAND JURY FURTHER CHARGES:

## Count 6
### (Interstate Transportation of a Stolen Firearm)

On or about and between July 25, 2018 and August 20, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly transported a firearm, to wit: a 9mm Ruger P85 handgun, serial number 300-12111, from the State of Pennsylvania to the State of Maryland, knowing or having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922 (i).

THE GRAND JURY FURTHER CHARGES:

## Count 7
### (Interstate Transportation of a Stolen Firearm)

On or about and between July 25, 2018 and August 20, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

knowingly transported a firearm, to wit: a Smith & Wesson .22 caliber revolver, from the State of Pennsylvania to the State of Kentucky, knowing or having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922 (i).

THE GRAND JURY FURTHER CHARGES:

## Count 8
(Interstate Transportation of a Firearm While Under an Information for a Felony Offense)

On or about and between July 25, 2018 and August 20, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**SHAWN CHRISTY,**

who was then under an information for a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, 18 Pa.C.S. Sections 2702(a)(1), (2), (3), and (6), did willfully transport in interstate commerce from the State of Pennsylvania to the State of Maryland, a firearm, to wit: a 9mm Ruger P85 handgun, serial number 300-12111.

In violation of Title 18, United States Code, Sections 922 (n).

THE GRAND JURY FURTHER CHARGES:

### Count 9
(Interstate Transportation of a Firearm While Under an Information for a Felony Offense)

On or about and between July 25, 2018 and August 20, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## SHAWN CHRISTY,

who was then under an information for a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, 18 Pa.C.S. Sections 2702(a)(1), (2), (3), and (6), did willfully transport in interstate commerce from the State of Pennsylvania to the State of Kentucky, a firearm, to wit: a Smith & Wesson .22 caliber revolver.

In violation of Title 18, United States Code, Sections 922 (n).

THE GRAND JURY FURTHER CHARGES:

<u>Count 10</u>
(Fugitive in Possession of a Firearm)

On or about July 25, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**SHAWN CHRISTY,**

then being a fugitive from justice, did knowingly possess in and affecting interstate commerce multiple firearms, that is,

1. A Smith & Wesson .22 caliber revolver; and

2. A 9mm Ruger P85 handgun, serial number 300-12111.

In violation of Title 18, United States Code, Sections 922 (g)(2).

THE GRAND JURY FURTHER CHARGES:

## Count 11
### (Felon in Possession of a Firearm)

On or about July 25, 2018, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### SHAWN CHRISTY,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce multiple firearms, that is,

1. A Smith & Wesson .22 caliber revolver; and

2. A 9mm Ruger P85 handgun, serial number 300-12111.

In violation of Title 18, United States Code, Sections 922 (g)(1).

A TRUE BILL

DATE: 11/27/2018

GRAND JURY FOREPERSON

DAVID J. FREED
United States Attorney

By

FRANCIS P. SEMPA
Assistant U.S. Attorney