United States District Court
for the
Middle District of Pennsylvania

| United States of America | Case # 3:18-cr-00223 |
| --- | --- |
|  | (Judge Mariani) |
| v. |  |
|  | CRIMINAL COMPLAINT |
| Shawn Richard Christy | (COUNT 1, TRANSMITTING THREATENING COMMUNICATIONS) |

ON OR ABOUT DURING THE YEAR 2018, IN SCHUYLKILL COUNTY, IN THE MIDDLE DISTRICT OF PENNSYLVANIA, THE DEFENDANT,

JIM FLEEK

KNOWINGLY AND WILLFULLY TRANSMIT IN INTERSTATE COMMERCE, A COMMUNICATION, I.E., A POSTING/ MESSAGE ON FACEBOOK, AND THE COMMUNICATION CONTAINED A THREAT AGAINST CELIA HARRISON WHICH HE ADMITS TO IN INCLUDED EXHIBIT #1, AND WHICH CELIA HARRISON IS AWARE OF IN

Page 1 of 2

INCLUDED EXHIBIT #2.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 875(c).

A TRUE BILL

RESPECTFULLY SUBMITTED THIS 12TH DAY OF JANUARY, 2019, UNDER PENALTY OF PERJURY, VIA U.S. POSTAL MAIL.


SHAWN RICHARD CHRISTY
LACKAWANNA COUNTY PRISON
1371 N WASHINGTON AVE
SCRANTON, PA 18509


X SRC
1/12/2019



**Craig Christy ▶ Shawn Christy Political Prisoner**
2 hrs

Jim Fleek admits he threatened Celia Harrison

**Jim**
Active 2 minutes ago

threatened you?

**LMFAO I was threatening Celia your fucking retarded**

**Fuck you ho**

I never said her ass face. But you ever message me again, I will have you arrested as well

Message could not be sent

EXHIBIT #1



Liedeke says she's never been to the Anchorage library or PA.



Sets up Shawn, then panic attack.

I have written about the harassment from Topix. Some of the trolls from here and trolls making comments on this blog mentioned the Fleeks were stealing the money donated for the Christys long before it was understood that was going on. How did said trolls know this? The attacks on FB through created pages, the doxxing of my personal information on Topix, the libelous forums created to attack Craig, Karen, Shawn, myself, and others were all very coordinated. There was someone on a FB page that said they were going to do anything,
including report false fraud etc. to keep the Christys from getting that monetary support. This all seems to be a coordinated harassment program, coming from a government contractor and/or government agency(s). Hey Heavy D aka Dakota Meyer, hey USMS what is deal? Why taunt Shawn to go to the home of Dakota Meyer, who is a government contractor, then no LEOs, no Heavy D? We know you knew it was likely he was in the area. I published info from my IP service or was that you planting the right side driver USPS jeep and Craig Christy informed LEOs? What was that?

EXHIBIT #2