# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | Case # 3: CR-18-0223 |
| | (Judge Marioni) |
| V | |
| | CRIMINAL COMPLAINT |
| Shawn R. Christy | |

FILED
SCRANTON
JAN 17 2019
PER _____
DEPUTY CLERK

## Count 1

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### JOE HOLLY

Knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure Shawn Richard Christy, specifically the defendant threatened that "you should be worried about your sons well being", EXHIBIT #1.

In violation of Title 18, United States Code, Section 875(c).

## Count 2

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### JOE HOLLY

Page 1 of 2

Knowingly and willfully did transmit in interstate commerce, a threat to kill Shawn Richard Christy, through a posting on facebook, specifically the defendant threatened to wit "u might never see him again", EXHIBIT #1.

In violation of Title 18, United States Code, Section 875(c).

Respectfully submitted under the penalty of perjury, via us postal mail, this 14th day of January, 2019.

Shawn Richard Christy
Lackawanna County Prison
1371 N. Washington AVE
Scranton, PA 18509-2840

1/14/2019
X SRC



**Joe Holly**
you should be worried about your sons well being
1d   Like   Reply

**Joe Holly**
u might never see him again
1d   Like   Reply

**Celia Harrison**
Mayor Holly's whole family appear to be thuggish gangsters. Joe Holy sounds like Track Palin, "You wanna fight dude?" "Do you think I'ma pussy?" LOL The Holly family sound like threatening hillbillies who just stepped out of the 'holler.' No wonder Shawn reacts to these thugs they way he does. Imagine a whole clan of these subgenius thugs coming after you.

EXHIBIT #1

Name: Shawn R. Christy
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

FOREVER USA

LEHIGH VALLEY PA 180

15 JAN 2019 PM 3 L

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

30

Hon. Robert D. Mariani
William J. Nealon Federal Bldg
& U.S. Courthouse
235 N. Washington Ave
Scranton, PA 18503

18503-153423