United States District Court
for the
MIDDLE DISTRICT OF PENNSYLVANIA

United States of America

v.

Shawn R. Christy

Case # 3:CR-18-00223
(Judge Mariani)

CRIMINAL COMPLAINT

FILED
SCRANTON
JAN 22 2019
PER _____
DEPUTY CLERK

### Count 1

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant, JOD WILKINSON, knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to do harm against Shawn Christy, specifically the defendant threatened to harm Mr. Christy in the statement of "Well lets get him". (EXHIBIT #1)

In violation of Title 18, United States Code, Section 875(c).

### Count 2

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant, JOD WILKINSON, knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to harm Shawn Christy, specifically the defendant stated "Lets get his dumb ass and collect the 5 grand". (EXHIBIT #2)

In violation of Title 18, United States Code, Section 875(c).

### Count 3

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant, JOD WILKINSON,

Page 1 of 2

Knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat to injure Shawn Christy, specifically the defendant stated "Well I'll be waiting again". (EXHIBIT #2)

In violation of Title 18, United States Code, Section 875(c).

Defendant Shawn Christy files these charges due to the failure of the U.S. Attorney and the FBI to provide equal protection for Mr. Christy. The pattern of threats against Mr. Christy is ongoing since 2010, (EXHIBIT #3) and no action has been taken by the DOJ in this matter.

Also B.S Wilkinson was an active participant in illegal PSP gun sting against defendant, and defendant's father Craig Christy.

For these reasons defendant not only requests that a warrant be put forth on this criminal complaint, but that a grand jury is called to indict Mr. Wilkinson on these counts.

Submitted under penalty of perjury via U.S. Postal Mail, this 18th day of January, 2019.

Shawn R. Christy
Lackawanna County Prison

X SRC
1/18/2019

Page 2 of 2



EXHIBIT #1



EXHIBIT #2



**Craig Christy** Yep, he's running for his life with not only the former Mayor Stephan Holly assaulting him but dozens of local threats that the local police, state police or FBI did nothing about.

Like · Reply · 1h

> **Celia Harrison** I'm assuming those threats were ongoing before Shawn issued the threats.
>
> Like · Reply · 1h

> **Karen Christy** Celia HaHarrison we have had death threats as far back as 2009. Someone try to kill Craig Christy and I. Then there were thousands of death threats that the Mat Su Valley Frontiersman received. Heather Resz had to turn off the comments and even did a story about them. No one did anything back then about them and they sure as hell aren't doing anything about them now.
>
> Like · Reply · 45m

> **Craig Christy** Over 400 threats against me and my family and the FBI did nothing.
>
> Like · Reply · 39m

>> **Celia Harrison** Using this for my post along with screen shots I already have of some of the threats.
>>
>> Like · Reply · 2m

> **Celia Harrison** I believe you about the attempts to murder you as I have also had this happen and then there is the Palin related story of the kidnapping, rape and beating of Shailey Tripp in which she was left for dead.

EXHIBIT #3

**Karen Christy** Let's see, people that should have been arrested would include Stephan Holly, officer Fred Lahovski and DA Michael O'Pake for starters. If that would have happened Shawn would not be in Canada right now. I will hold all of them responsible if anything bad happens to my son! That mind you, is just for starters!

This was today, July 18th 2018