United States District Court
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br><br>v.<br><br>Shawn Richard Christy | Case # 3: CR-18-0223<br>(Judge Mariani)<br><br>CRIMINAL COMPLAINT<br>AGAINST DAKOTA MEYER |

### Count 1

On or about during the year 2018, in the Middle District of Pennsylvania, and elsewhere, the defendant,

DAKOTA MEYER

knowingly and willfully did transmit in interstate commerce, a communication, i.e., a posting on Facebook, and the communication contained a threat against Shawn Richard Christy, specifically the defendant stated a threat against defendant "Stop being a bitch Shawn and tell me where to meet you. Stop running and let's make it simple. I'll share my location with you don't try to act like this complicated or hard to find me you fucking idiot." EXHIBIT #1.

FILED
SCRANTON
JAN 22 2019
PER ___ DEPUTY CLERK

Page 1 of 2

EXHIBIT #2

Served via U.S. Postal Mail under penalty of perjury, this 15th Day of January, 2019.

Shawn Christy
L.C.P.
1371 N. Washington Ave
Scranton, PA 18509

X SMC
1/15/19

Page 2 of 2



EXHIBIT #1



**Shawn Christy**
Sep 4 at 9:52pm ·

Dakota Meyer, it was really cute how you tried to set me up with a rifle that didn't work. Didn't think I'd figure out the primers were dead? Don't worry I still got copies of the two loans you took out on 2-27-2017 under DM Tactical, $60,000.00 & $350,000.00. $60,000 Mayor Holly, $350,000 Ofc. Lahovski right? I set you up bro, got you to play your hand. Just like I setup Crystal Koshmieder and Dustin Herron, because you see the angles I came in at to Irene's house could only be covered by cameras in their house. By the way, who was the crisis actor who was dumpster diving at Skipper Dipper's? I robbed the place, I never dumpster dived there. I don't make the rules, I'm just here to play the game.

I was not sure this was Shawn because they can use A.I. to mimic people. It was around 1:30-2 AM, I was tired, posted it on the support FB page and waited for the Christys to wake up. They apparently slept a long time. Around 4 AM here I went to sleep which would have been 6 AM there. Upon awaking it is clear they believe this is Shawn.

While I slept there was a response from Dakota Meyer very similar to past comments.

EXHIBIT #2

Name: Shawn N. Christy
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

CONTENTS MAILED FROM
A CORRECTIONAL FACILITY

LEHIGH VALLEY PA 180
25 JAN 2019 PM 3 L

30

Hon. Robert D. Mariani
William J. Nealon Federal Bldg.
& U.S. Courthouse
235 N. Washington Ave
Scranton, PA 18503

18503-153423