IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 3:18-CR-223 |
| | : | (JUDGE MARIANI) |
| SHAWN CHRISTY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 14th DAY OF FEBRUARY, 2019, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion for Severance of Counts (Doc. 67) is **DENIED**.

2. To prevent unfair prejudice to Defendant regarding his purported status as a convicted felon, the Court will **BIFURCATE** the trial proceedings into two phases between Counts 1-11 and Count 12. After the first phase of trial and verdict on Counts 1-11, the Government will be permitted to proceed to a second phase of trial on Count 12 alone.

Robert D. Mariani
United States District Judge