IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 3:18-CR-223 |
| | : | (JUDGE MARIANI) |
| SHAWN CHRISTY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS _14th_ DAY OF NOVEMBER, 2019, for the reasons set forth in this Court's accompanying memorandum opinion, Defendant's Motion in Limine (Doc. 82) will be **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge