IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **3:18-CR-223** |
| | : | **(JUDGE MARIANI)** |
| SHAWN CHRISTY, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

### Count 1: Threats Against the President of the United States – 18 U.S.C. § 871

On the charge of Threats Against the President of the United States as charged in Count 1 of the Second Superseding Indictment, specifically to put a bullet "in the head of President Donald J Trump", the jury unanimously finds the defendant **Shawn Christy** (*check one*):

     ✓    GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

1

## Count 2: Transmitting Threatening Communications – 18 U.S.C. § 875(c)

On the charge of Transmitting Threatening Communications as charged in Count 2 of the Second Superseding Indictment, specifically the "use of full lethal force on any law enforcement officers that attempts to detain me", the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____✓_____ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

## Count 3: Transmitting Threatening Communications – 18 U.S.C. § 875(c)

On the charge of Transmitting Threatening Communications as charged in Count 3 of the Second Superseding Indictment, specifically to "put a bullet in [John Morganelli's] head", the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____✓_____ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

2

## Count 4: Transmitting Threatening Communications – 18 U.S.C. § 875(c)

On the charge of Transmitting Threatening Communications as charged in Count 4 of the Second Superseding Indictment, specifically "you're a dead man Morganelli. . . . Let's play", the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____ ✓ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

## Count 5: Interstate Transportation of a Stolen Vehicle – 18 U.S.C. § 2312

On the charge of Interstate Transportation of a Stolen Vehicle as charged in Count 5 of the Second Superseding Indictment, specifically a black 2002 Ford F-350 from Pennsylvania to New York, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____ ✓ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

3

### Count 6: Interstate Transportation of a Stolen Vehicle – 18 U.S.C. § 2312

On the charge of Interstate Transportation of a Stolen Vehicle as charged in Count 6 of the Second Superseding Indictment, specifically, a silver 2008 Dodge Caravan from Pennsylvania to West Virginia, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____ ✓ ~~GUILTY~~

_____ NOT GUILTY

*Please proceed to the next question.*

### Count 7: Interstate Transportation of a Stolen Firearm – 18 U.S.C. § 922(i)

On the charge of Interstate Transportation of a Stolen Firearm as charged in Count 7 of the Second Superseding Indictment, specifically, a 9mm Ruger P85 handgun from Pennsylvania to Maryland, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

_____ ✓ ~~GUILTY~~

_____ NOT GUILTY

*Please proceed to the next question.*

4

### Count 8: Interstate Transportation of a Stolen Firearm – 18 U.S.C. § 922(i)

On the charge of Interstate Transportation of a Stolen Firearm as charged in Count 8 of the Second Superseding Indictment, specifically a Smith & Wesson .22 caliber revolver from Pennsylvania to Kentucky, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

✓ ___ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

### Count 9: Interstate Transportation of a Firearm While Under an Information for a Felony Offense – 18 U.S.C. § 922(n)

On the charge of Interstate Transportation of a Firearm While Charged with a Felony Offense, specifically a 9mm Ruger P85 handgun from Pennsylvania to Maryland while charged with Aggravated Assault, as charged in Count 9 of the Second Superseding Indictment, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

✓ ___ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

5

**Count 10: Interstate Transportation of a Firearm While Under an Information for a Felony Offense – 18 U.S.C. § 922(n)**

On the charge of Interstate Transportation of a Firearm While Charged with a Felony Offense, specifically a Smith & Wesson .22 caliber revolver from Pennsylvania to Kentucky while charged with Aggravated Assault, as charged in Count 10 of the Second Superseding Indictment, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

\_\_\_\_\_✓\_\_\_ GUILTY

_____ NOT GUILTY

*Please proceed to the next question.*

**Count 11: Fugitive in Possession of a Firearm – 18 U.S.C. § 922(g)(2)**

On the charge of Unlawful Possession of a Firearm as a Fugitive as charged in Count 11 of the Second Superseding Indictment, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

\_\_\_\_\_✓\_\_\_ GUILTY

_____ NOT GUILTY

*If you found the defendant Shawn Christy Not Guilty of Count 11, your deliberations are finished and the Foreperson should sign and date the verdict slip and return it to the*

6

Courtroom Deputy.

     If you found the defendant Shawn Christy <u>Guilty</u> of Count 11, please answer the below interrogatory.

     **Interrogatory – answer only if you found Shawn Christy <u>Guilty</u> on Count 11:**

     We the jury unanimously find that the defendant **Shawn Christy** possessed the following firearm(s) while he was a fugitive:

9mm P85 Ruger

Smith & Wesson .22 caliber

     The foregoing is the unanimous verdict of the jury in the above-captioned case of

**UNITED STATES OF AMERICA v. SHAWN CHRISTY.**

     Your deliberations are at an end. The Foreperson should sign and date the verdict slip and return it to the Courtroom Deputy.

     **THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: _26 Nov_____, 2019

                        Foreperson

7