IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:18-CR-223 |
| | : (JUDGE MARIANI) |
| SHAWN CHRISTY, | : |
| Defendant. | : |

## VERDICT FORM

**Count 12: Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1)**

On the charge of Felon in Possession of a Firearm as charged in Count 12 of the Second Superseding Indictment, the jury unanimously finds the defendant **Shawn Christy** (*check one*):

    ✓    (GUILTY)

    _____ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of
**UNITED STATES OF AMERICA v. SHAWN CHRISTY.**

*Your deliberations are at an end. The Foreperson should sign and date the verdict slip and return it to the Courtroom Deputy.*

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: 26 Nov, 2019

                                           Foreperson