**THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN CHRISTY,** | : | |
| **Petitioner** | : | |
| | : | **CASE NO. 3:18-CR-223** |
| **v.** | : | **(RELATED CASE NO. 3:25-CV-392)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **(JUDGE MARIANI)** |
| **Respondent** | : | |

**ORDER**

**AND NOW, THIS** 29th **DAY OF OCTOBER, 2026,** for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review of Shawn Christy's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 422), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Shawn Christy's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 422) is **DENIED.**
2. A certificate of appealability **SHALL NOT ISSUE.**
3. The Clerk of Court is directed to **CLOSE** Civil Action No. 3:25-cv-392.

Robert D. Mariani
United States District Judge